**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-7805**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

MARK J. JONES, SR., a/k/a Mark Jacob Jones, Sr.,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Robert G. Doumar, Senior District Judge.  (2:14-cr-00132-RGD-LRL-2)

Submitted:  May 25, 2021                        Decided:  May 27, 2021

Before DIAZ and QUATTLEBAUM, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Mark Jacob Jones, Sr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mark Jacob Jones, Sr., appeals the district court's order denying his motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). Having reviewed the record and finding no reversible error, we affirm the decision of the district court. *United States v. Jones*, No. 2:14-cr-00132-RGD-LRL-2 (E.D. Va. Nov. 24, 2020). We deny Jones' motion for appointment of counsel and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*